[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 11, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-11051
Non-Argument Calendar
_____

D. C. Docket No. 07-81153-CV-DMM

ARTIS ROBINSON,

Plaintiff-Appellant,

versus

M. BURNS,
Director of Health Services,
DR. SCALONE,
Dental Department Specialist,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(September 11, 2008)**

Before BIRCH, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

State prisoner Artis Robinson, proceeding pro se, appeals the district court's sua sponte dismissal of his 42 U.S.C. § 1983 civil complaint. The court dismissed his claim on the basis of res judicata and for failure to state a claim upon which relief can be granted, due to the expiration of the relevant statute of limitations period.

On appeal, Robinson submits copies of (1) the complaint he filed with the district court in the present case, (2) his objection to summary judgment (which he filed in the previous case, 9:05-cv-80861), and (3) grievance forms dated from 1999 to 2003 (which he filed with the Department of Corrections). He makes no new arguments and presents no specific reasons for his appeal. Liberally construed, his submission may be interpreted as an argument that neither res judicata nor the statute of limitations bars his claim, as these were the district court's two bases for dismissing the present case. See Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998) ("Pro se pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed.").

However, it is clear that res judicata bars this action and the district court correctly found that Robinson delivered his complaint to prison officials after the

expiration of the statute of limitations period.

**AFFIRMED.**